IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DAWN HERWEH,<br><br>                Defendant. | 8:15CR304<br><br>**ORDER** |

       This matter is before the court on defendant's UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [82]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 18-day extension to coincide with the extensions of time given to co-defendants in this case. Pretrial Motions shall be filed by December 7, 2015.

       **IT IS ORDERED:**

       1.     Defendant's UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [82] is granted. Pretrial motions shall be filed on or before December 7, 2015.

       2.     The defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial as soon as practicable.

       3.     The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 19, 2015 and December 7, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

       Dated this 19th day of November, 2015

                                                                 BY THE COURT:

                                                                 s/ F.A. Gossett, III
                                                                  United States Magistrate Judge